UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Promptu Systems Corporation<br><br>　　　　　　　Plaintiff(s)<br>　　　v.<br>Comcast Corporation; and Comcast Cable Communications, LLC<br>　　　　　　　Defendant(s). | Case No. C 4:18-mc-80088<br><br>CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: June 6, 2018　　　　　　　　　NAME: Brian L. Ferrall

COUNSEL FOR (OR "PRO SE"): Comcast Corporation and Comcast Cable Communications, LLC

/s/ Brian L. Ferrall
　　　　*Signature*

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On June 6, 2018, I served the following document(s):

### CONSENT TO MAGISTRATE JUDGE JURISDICTION

☑ by regular **UNITED STATES MAIL** by placing Copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| David H. Marion | Scott R. Mosko |
| Natalie Molz | Robert J. Yorio |
| WHITE & WILLIAMS LLP | Stacey M. Tam |
| 1650 Market Street | Wade C. Yamazaki |
| One Liberty Place, Ste. 1800 | CARR & FERRELL LLP |
| Philadelphia, PA 19103-7395 | 120 Constitution Drive |
| mariond@whiteandwilliams.com | Menlo Park, CA 94025 |
| molzn@whiteandwilliams.com | smosko@carrferrell.com |
| | yorio@carrferrell.com |
| | stam@carrferrell.com |
| | wyamazaki@carrferrell.com |

Executed on June 6, 2018, at San Francisco, California. I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Laura Lind

1136226