UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMPTU SYSTEMS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CORPORATION, et al.,<br><br>Defendants. | Case No. 18-mc-80088-DMR<br><br>**ORDER TRANSFERRING MATTER TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**<br><br>Re: Dkt. No. 12 |

Comcast Cable Communications, LLC and Comcast Corporation ("Comcast") filed a motion to compel third party Gary Lauder to comply with a Federal Rule of Civil Procedure 45 subpoena. [Docket No. 1.] This discovery matter is related to litigation pending in the United States District Court for the Eastern District of Pennsylvania, *Promptu Systems Corp. v. Comcast Corp.*, et al., No. 16-cv-06516-JS.

On June 14, 2018, Comcast and Lauder filed a letter in which both parties expressed their consent to have their disputes regarding the subpoena heard in the Eastern District of Pennsylvania, which is the court that issued the subpoena. [Docket No. 12.] Accordingly, this matter is transferred to the United States District Court for the Eastern District of Pennsylvania pursuant to Federal Rule of Civil Procedure 45(f).

**IT IS SO ORDERED.**

Dated: June 15, 2018



_____
Donna M. Ryu
United States Magistrate Judge